UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| KEVIN M. LATHAM, ) | CASE NO. 09-14418 |
| ) | Chapter 7 |
| DEBTOR(S). ) | |

## NOTICE OF UNCLAIMED FUNDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Unclaimed Funds pursuant to FRBP 3010 and 3011.  The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed.  Trustee notes that check(s) issued to the following creditor(s) were neither cashed nor returned due to incorrect addresses and more than ninety (90) days have passed since the check(s) were issued:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Summit Radiology | c/o Snow & Sauerteig LLP<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $20.74 |
| | Total | $20.74 |

**WHEREFORE**, Trustee is depositing the total sum of $20.74 with the Clerk of the U.S. Bankruptcy Court, representing unclaimed funds in the above-referenced bankruptcy case.

**Dated: July 5, 2011**

                                                **Respectfully submitted,**

                                                **CHAPTER 7 TRUSTEE**
                                                **444 EAST MAIN STREET**
                                                **FORT WAYNE, INDIANA 46802**
                                                **TELEPHONE: (260) 426-0444**
                                                **FAX: (260) 422-0274**
                                                **EMAIL: mseifert@hallercolvin.com**

                                                **BY: /s/ Martin E. Seifert**
                                                      MARTIN E. SEIFERT
                                                      I.D. #16857-02

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Unclaimed Funds has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 5th day of July, 2011, to:

>Nathan McElroy, Esq.
>202 W. Berry St.
>Suite 610
>Fort Wayne, IN 46802
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>Summit Radiology
>c/o Snow & Sauerteig LLP
>203 E. Berry St.
>Suite 1310
>Fort Wayne, IN 46802

      /s/ Martin E. Seifert
      **MARTIN E. SEIFERT**